IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID E. MAJORS, TDCJ # 02487798, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:25-2422 |
| MARVETTE L. QUINN, *et al.*, | § |
| Defendants. | § |

## MEMORANDUM OPINION AND ORDER

Plaintiff David E. Majors is incarcerated in the Texas Department of Criminal Justice–Correctional Institutions Division (TDCJ). He has not paid the filing fee.

On June 17, 2025, the Clerk issued a notice of deficient pleading (Dkt. 4) instructing the plaintiff that, within thirty days, he was required to submit the $405 filing fee or an application to proceed *in forma pauperis*, supported by a certified inmate trust-fund account statement for the six-month period before he filed the complaint. The notice warned the plaintiff that failure to comply could lead to dismissal of his case under Federal Rule of Civil Procedure 41(b). The Clerk supplied him with the necessary form. Major's deadline for compliance was July 17, 2025.

On July 24, 2025, Majors filed a motion for leave to proceed *in forma pauperis*. However, to date, he has not complied with the instruction to submit a certified inmate trust-fund account statement.

1 / 2

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). Relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) requires compliance with all past instructions, including submission of a certified inmate trust-fund account statement.

The Court **ORDERS** that this case is **DISMISSED without prejudice**. All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on     July 30    , 2025.

                                            GEORGE C. HANKS, JR.
                                      UNITED STATES DISTRICT JUDGE